THE HONORABLE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WOODBURN CONSTRUCTION CO., <br><br> Plaintiff, <br><br> v. <br><br> ENCON PACIFIC, LLC, dba Concrete Products of Western Washington, LLC; and CONCRETE PRODUCTS OF WESTERN WASHINGTON, LLC, <br><br> Defendants. | No. C05–5811FDB <br><br> **STIPULATION AND ORDER TO CONTINUE MOTION FOR PARTIAL SUMMARY JUDGMENT OF PLAINTIFF WOODBURN CONSTRUCTION CO. AGAINST ENCON WASHINGTON'S COUNTERCLAIMS** |
| ENCON WASHINGTON, LLC, fka CONCRETE PRODUCTS OF WESTERN WASHINGTON, LLC, <br><br> Counterclaimant, <br><br> v. <br><br> WOODBURN CONSTRUCTION CO.; COUNTY OF COWLITZ, WASHINGTON; and SAFECO INSURANCE COMPANY OF AMERICA, <br><br> Counterdefendants. | |

**STIPULATION AND ORDER TO CONTINUE MOTION FOR PARTIAL SUMMARY JUDGMENT OF PLAINTIFF WOODBURN CONSTRUCTION CO. AGAINST ENCON WASHINGTON'S COUNTERCLAIMS** - 1

Portlnd3-1569149.1 0038810-00001

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | COME NOW the parties to this action by and through their respective counsel of record |
| 3 | and do hereby stipulate as follows: |
| 4 | The parties are requesting extension of the summary judgment deadlines to allow Encon |
| 5 | Washington, LLC ("Encon Washington") to take the depositions of plaintiff's employees that |
| 6 | may have information relating to the issues raised in plaintiff's motion.  Due to discovery not |
| 7 | being complete, the parties respectfully request that Plaintiff's Motion for Partial Summary |
| 8 | Judgment against Encon Washington's Counterclaims, currently noted for Friday, December 8, |
| 9 | 2006, be continued to Friday, December 15, 2006.  Additionally, the parties request the Court to |
| 10 | continue Encon Washington's deadline to file an opposition to Plaintiff's Motion for Partial |
| 11 | Summary Judgment, currently due Monday, December 4, 2006, to Monday, December 11, 2006. |
| 12 | No other dates are requested to be extended or changed. |
| 13 | DATED:  November _____, 2006. |

| STOEL RIVES LLP | STEWART SOKOL & GRAY LLC |
|---|---|
| /s/ | /s/ |
| Guy A. Randles, WSB No. 15999 | Thomas A. Larkin, WSBA No. 24515 |
| Email: garandles@stoel.com | Email: tlarkin@lawssg.com |
| Sean C. Gay, OSB No. 04289 | Arnold L. Gray, OSB No. 79247 |
| (*Admitted Pro Hac Vice*) | (*Admitted Pro Hac Vice*) |
| Email: scgay@stoel.com | Email: agray@lawssg.com |
| Stoel Rives LLP | Robert Coleman, OSB No. 00155 |
| 900 SW Fifth Avenue, Suite 2600 | (*Admitted pro Hac Vice*) |
| Portland, OR 97204 | Email: rcoleman@lawssg.com |
| Telephone:  (503) 224-3380 | Stewart Sokol & Gray LLC |
| Fax:  (503) 220-2480 | 2300 SW First Avenue, Suite 200 |
| Attorneys for Defendant EnCon Pacific, LLC | Portland, OR 97201-5047 |
| | Attorneys for Woodburn Construction Co. and Safeco Insurance Company of America |

**STIPULATION AND ORDER TO CONTINUE MOTION FOR PARTIAL SUMMARY JUDGMENT OF PLAINTIFF WOODBURN CONSTRUCTION CO. AGAINST ENCON WASHINGTON'S COUNTERCLAIMS - 2**

Portlnd3-1569149.1 0038810-00001

1  COWLITZ COUNTY PROSECUTING ATTORNEY

2

3  _____/s/_____
Ronald S. Marshall, WSBA No. 11662
Email: marshallr@co.cowlitz.wa.us
4  Cowlitz County Prosecuting Attorney
312 SW First Avenue, Room 105
5  Kelso, WA  98626
Phone:  (360) 577-3080
6  Fax:  (360) 414-9121
Attorney for Counterdefendant County of Cowlitz
7  Washington

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**STIPULATION AND ORDER TO CONTINUE MOTION FOR PARTIAL SUMMARY JUDGMENT OF PLAINTIFF WOODBURN CONSTRUCTION CO. AGAINST ENCON WASHINGTON'S COUNTERCLAIMS - 3**

**ORDER**

THIS MATTER comes before the Court by stipulation of the parties requesting to continue the hearing date for Plaintiff's Motion for Partial Summary Judgment and to extend the deadline for Encon Washington, LLC's deadline to file its opposition to Plaintiff's Motion for Partial Summary Judgment.

IT IS HEREBY ORDERED that the aforementioned date be re-noted as follows:

1. Plaintiff's Motion for Partial Summary Judgment noted for calendar date: December 15, 2006.

2. Encon Washington, LLC's opposition to Plaintiff's Motion for Partial Summary Judgment due: December 11, 2006.

No other dates are requested to be extended or changed.

DATED this 21st day of November 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented By:

_____/s/_____
Thomas A. Larkin, WSBA No. 24515
Arnold L. Gray, OSB No. 79247
*(Admitted Pro Hac Vice)*
Robert Coleman, OSB No. 00155
*(Admitted Pro Hac Vice)*

**STIPULATION AND ORDER TO CONTINUE MOTION FOR PARTIAL SUMMARY JUDGMENT OF PLAINTIFF WOODBURN CONSTRUCTION CO. AGAINST ENCON WASHINGTON'S COUNTERCLAIMS - 4**

Portlnd3-1569149.1 0038810-00001


1  Stewart Sokol & Gray LLC
   Attorneys for Plaintiff

2

3  _____/s/_____
   Guy A. Randles, WSB No. 15999
4  Sean C. Gay, OSB No. 04289 (*Admitted Pro Hac Vice*)
   Stoel Rives LLP
5  Attorneys for Defendants/Counterclaimant

6

7  _____/s/_____
   Ronald S. Marshall, WSBA No. 11662
8  Cowlitz County Prosecuting Attorney
   Attorney for Counterdefendant County of Cowlitz Washington

9  **CERTIFICATE OF SERVICE**

10    I hereby certify that I served the foregoing **STIPULATION AND ORDER TO**

11 **CONTINUE MOTION FOR PARTIAL SUMMARY JUDGMENT OF PLAINTIFF**

12 **WOODBURN CONSTRUCTION CO. AGAINST ENCON WASHINGTON'S**

13 **COUNTERCLAIMS** on the following named person(s) on the date indicated below by

14    ☐  mailing with postage prepaid

15    ☐  hand delivery

16    ☐  Facsimile transmission

17    ☐  Overnight delivery

18    ☐  Email

19    ☒  Notice of electronic filing using the Cm/ECF system

20 to said persons indicated below.

**STIPULATION AND ORDER TO CONTINUE MOTION FOR PARTIAL SUMMARY JUDGMENT OF PLAINTIFF WOODBURN CONSTRUCTION CO. AGAINST ENCON WASHINGTON'S COUNTERCLAIMS - 5**

Portlnd3-1569149.1 0038810-00001

| | |
|---|---|
| 1 | Thomas A. Larkin, WSBA No. 24515 |
| | Email: tlarkin@lawssg.com |
| 2 | Arnold L. Gray, OSB No. 79247 |
| 3 | *(Admitted Pro Hac Vice)* |
| | Email: agray@lawssg.com |
| 4 | Robert Coleman, OSB No. 00155 |
| | *(Admitted Pro Hac Vice)* |
| 5 | Email: rcoleman@lawssg.com |
| | Stewart Sokol & Gray LLC |
| 6 | 2300 SW First Avenue, Suite 200 |
| 7 | Portland, OR  97201-5047 |
| 8 | Attorneys for Woodburn Construction Co. and Safeco Insurance Company of America |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

**CERTIFICATE OF SERVICE - 2**

| | |
|---|---|
| 1 | |
| 2 | Ronald S. Marshall, WSBA No. 11662<br>Email: marshallr@co.cowlitz.wa.us |
| 3 | Cowlitz County Prosecuting Attorney<br>312 SW First Avenue, Room 105 |
| 4 | Kelso, WA  98626<br>Phone:  (360) 577-3080 |
| 5 | Fax:  (360) 414-9121 |
| 6 | Attorney for Counterdefendant County of Cowlitz Washington |

1

Ronald S. Marshall, WSBA No. 11662

Email: marshallr@co.cowlitz.wa.us

Cowlitz County Prosecuting Attorney

312 SW First Avenue, Room 105

Kelso, WA  98626

Phone:  (360) 577-3080

Fax:  (360) 414-9121

Attorney for Counterdefendant County of Cowlitz Washington

DATED:  November ____, 2006.

STOEL RIVES LLP

_____
Guy A. Randles, WSB No. 15999
Sean C. Gay, OSB No. 04289 *(Admitted Pro Hac Vice)*
Stoel Rives LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204
Telephone:  (503) 224-3380
Facsimile:   (503) 220-2480
Email:  garandles@stoel.com
Email:  scgay@stoel.com

Attorneys for Defendant EnCon Pacific, LLC

**CERTIFICATE OF SERVICE - 3**