THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WOODBURN CONSTRUCTION CO., <br><br> Plaintiff, <br><br> v. <br><br> ENCON PACIFIC, LLC, dba Concrete Products of Western Washington, LLC; and CONCRETE PRODUCTS OF WESTERN WASHINGTON, LLC, <br><br> Defendants. | No. C05–5811BHS <br><br> **STIPULATION AND ORDER TO EXTEND STAY PENDING COMPLETION OF ARBITRATION PROCEEDINGS** |
| ENCON WASHINGTON, LLC, fka CONCRETE PRODUCTS OF WESTERN WASHINGTON, LLC, <br><br> Counterclaimant, <br><br> v. <br><br> WOODBURN CONSTRUCTION CO.; COUNTY OF COWLITZ, WASHINGTON; and SAFECO INSURANCE COMPANY OF AMERICA, <br><br> Counterdefendants. | |

Through their respective counsel, plaintiff, defendants, and counterclaimants (collectively the "Parties") hereby enter into the following stipulation seeking an extension of the current stay

STIPULATION AND ORDER TO EXTEND STAY PENDING COMPLETION OF BINDING ARBITRATION - 1

Portlnd3-1631464.1 0038810-00001

1  to this action, pursuant to the Order dated January 25, 2008, from July 1, 2008 to September 1,

2  2008, pending completion of binding arbitration.

3      The Parties previously agreed to submit this dispute to binding arbitration and

4  proceedings were held before Arbitrator Greg Harris from May 12 through 27, 2008, but the

5  hearing was not concluded.  The Arbitrator and the Parties have scheduled another hearing day to

6  present evidence and closing arguments on July 1, 2008.  As a result, the Parties respectfully

7  request the stay of this action be extended until September 1, 2008.

8      Respectfully submitted, this 17th day of June, 2008.

9  STIPULATED BY:

| /s/ Guy A. Randles | /s/ Robert Coleman |
|---|---|
| Guy A. Randles, WSB No. 15999 | Thomas A. Larkin, WSBA No. 24515 |
| garandles@stoel.com | tlarkin@lawssg.com |
| Sean C. Gay, OSB No. 04289 | Arnold L. Gray, OSB No. 79247 |
| scgay@stoel.com | agray@lawssg.com |
| Stoel Rives LLP | Robert Coleman, WSB No. 39184 |
| 900 SW Fifth Avenue, Suite 2600 | rcoleman@lawssg.com |
| Portland, OR 97204 | Stewart Sokol & Gray LLC |
| Attorneys for EnCon Washington, LLC | 2300 SW First Avenue, Suite 200 |
| and EnCon Pacific, LLC | Portland, OR 97201-5047 |
| | Attorneys for Woodburn Construction Co. |
| | and Safeco Insurance Company of America |

STIPULATION AND ORDER TO EXTEND STAY PENDING COMPLETION OF BINDING ARBITRATION - 2

1 **ORDER**

2    THIS MATTER comes before the Court by stipulation of the parties requesting that the

3 Court extend the stay of this action pending completion of binding arbitration.

4    IT IS HEREBY ORDERED that this action's stay is extended until September 1, 2008,

5 pending completion of binding arbitration.

6    DATED this 18th day of June, 2008.

7

8

9

10

11

12
          BENJAMIN H. SETTLE
13        United States District Judge

14 PRESENTED BY:

15

16 */s/ Sean C. Gay*
   Guy A. Randles, WSB No. 15999

17 garandles@stoel.com
   Sean C. Gay, OSB No. 04289

18 scgay@stoel.com
   Stoel Rives LLP

19 900 SW Fifth Avenue, Suite 2600
   Portland, OR 97204

20 Attorneys for EnCon Washington, LLC

21 and EnCon Pacific, LLC

22

23

24

25

26

STIPULATION AND ORDER TO EXTEND STAY PENDING COMPLETION OF BINDING ARBITRATION - 3